| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (D.C. 439353)<br>Chief, Criminal Division |
| 4 | CYNTHIA STIER  (DCBN 423256)<br>LAURIE KLOSTER GRAY (MNBN 0153618) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-4395 |
| 7 | Telephone: (415) 436-7000/6557<br>Facsimile: (415) 4326-6753 |
| 8 | Email: Cynthia.stier@usdoj.gov<br>laurie.kloster.gray@usdoj.gov |
| 9 | |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-0010 SI |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION TO DISMISS COUNTS NINETEEN THROUGH TWENTY-EIGHT, INCLUSIVE, AGAINST URSULA CHOICE AND [PROPOSED ORDER] |
| URSULA CHOICE, | ) ) | |
| Defendant. | ) ) ) | |

Defendant, Ursula Choice, plead guilty to Count One of the Indictment, charging her with conspiracy to file false claims in violation of 18 U.S.C. § 286.  Choice was sentenced by this Court on June 9, 2017.  Pursuant to the Plea Agreement, the government agreed to dismiss any open charges pending against Choice in the Indictment at the time of sentencing.  The government inadvertently failed to move to dismiss Counts Nineteen through Twenty-Eight, inclusive, against Choice, charging her with violations of 18 U.S.C. § 287, presenting false claims, and now seeks dismissal of Counts Nineteen through Twenty-Eight, inclusive, against Choice.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
CYNTHIA STIER
Assistant United States Attorney
Tax Division

_____
GEORGE HARRIS
Attorney for Ursula Choice

[~~PROPOSED~~] ORDER

Counts Nineteen through Twenty-Eight, inclusive, are hereby dismissed against Defendant, Ursula Choice.

Date: 6/14/17         _____/s/ Susan Illston_____
SUSAN ILLSTON
United States District Judge